MENZEL & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 1, 1906.) No. 85 (3,636). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 135 Fed. 918, affirming a decision of the Board of United States General Appraisers. Note G. A. 5,424 (T. D. 24,682). Comstock & Washburn (J. Stuart Tompkins, of counsel), for appellants. D. Frank Lloyd, Asst. U. S. Atty. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed.

---

MORAN v. MERRITT & CHAPMAN DERRICK & WRECKING CO. (Circuit Court of Appeals, Second Circuit. March 23, 1906.) No. 156. Appeal from the District Court of the United States for the Southern District of New York. For opinion below, see 135 Fed. 863. La Roy S. Gove, for appellant. Avery F. Cushman, for appellee.

PER CURIAM. Decree affirmed, with costs.

---

R. HOEHN CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 21, 1905.) No. 40 (3,450). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 139 Fed. 301, affirming a decision of the Board of United States General Appraisers, G. A. 5,471 (T. D. 24,779), which is printed as a part of the report of the decision below. Comstock & Washburn (Albert H. Washburn, of counsel), for appellants. Charles Duane Baker, Asst. U. S. Atty. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed, on the opinion of the Board of General Appraisers.

---

In re TROY & COHOES SHIRT CO. et al. (Circuit Court of Appeals, Second Circuit. March 23, 1906.) No. 171. Appeal from the District Court of the United States for the Northern District of New York. For opinion below, see 136 Fed. 420.

PER CURIAM. Submitted without argument. Affirmed on the opinion below.

---

UNITED STATES v. ECCLESIASTICAL ART WORKS. (Circuit Court of Appeals, Second Circuit. December 21, 1905.) No. 53 (3,550). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 139 Fed. 798, which affirmed a decision of the Board of United States General Appraisers, G. A. 5,666 (T. D. 25,256). Henry A. Wise, Asst. U. S. Atty. Mayer & Gilbert (A. S. Gilbert, of counsel), for importers. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Affirmed in open court.